# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOE SALAZAR FRAYRE,<br><br>    Defendant. | NO. CR-99-170-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VACATE CONVICTION** |

Before the Court is Defendant's Amended Motion to Vacate Conviction Under 28 U.S.C. § 2255 (Ct. Rec. 74). Defendant presents evidence that he is a lawful permanent resident and that the Board of Immigration Appeals has vacated its prior removal order (Ct. Rec. 75-2 & 3). The Government has filed no response to Defendant's amended motion, and previously indicated that it had no objection "to a summary affirmance motion being filed by Noe Salazar-Frayre requesting this court to vacate the sentences imposed in this matter on the convictions under 8 U.S.C. § 1326 AND 18 U.S.C. §§ 922(g)(5) and 924" (Ct. Rec. 71).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Amended Motion to Vacate Conviction Under 28 U.S.C. § 2255 (Ct. Rec. 74) is **GRANTED.**

2. The Court's Judgment and Amended Judgment in this matter (Ct. Recs. 17 and 24) are **VACATED.**

///

///

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE CONVICTION \* 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and **close the file.**

**DATED** this 27th day of May, 2009.

s/Robert H. Whaley
ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\1999\salazarfrayre.grant.vacate.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE CONVICTION * 2**